IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Case No. 07-cv-02623-WDM-KLM

BEHZAD DABIRAN,

       Plaintiff,

   v.

TARANEH SALEK,
HEIDEH IV, LLC.,
HEIDEH V, LLC and
DOES 1thru 10, inclusive,

       Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

_____

       This matter is before me on my July 29, 2008 Show Cause Order issued to

plaintiff pursuant to Fed. R. Civ. P. 4(m). No response has been filed by plaintiff. It is

therefore ordered, pursuant to Fed. R. Civ. P. 4(m), that this action is dismissed without

prejudice.

       DATED at Denver, Colorado, on August 13, 2008.

                         BY THE COURT:

                         s/ Walker D. Miller
                         United States District Judge

PDF FINAL